**NO JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as trustee for BENJAMIN CABAL 2007 INSURANCE TRUST<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br>  Defendant. | Case No. CV 09-01840 DDP (RZx)<br><br>**JUDGMENT ON COMPLAINT AND COUNTERCLAIM**<br><br>Hon. Dean D. Pregerson |
| AMERICAN NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., as trustee for BENJAMIN CABAL 2007 INSURANCE TRUST<br><br>  Counterdefendant. | |

1 WHEREAS, on May 20, 2010, the Renewed Motion for Summary Judgment As To The Complaint and Counter-Claim (the "Motion") filed by plaintiff and counterdefendant Wells Fargo Bank N.A. as Trustee for Benjamin Cabal 2007 Insurance Trust ("Insurance Trust") was taken under submission by the Court without oral argument;

WHEREAS, on August 4, 2010, after full consideration of the points and authorities and evidence submitted in support of and in opposition to the Motion, including the Declarations filed in support of and in opposition to the Motion, the Exhibits attached thereto, the Court issued its Order (1) Granting in Part and Denying in Part Wells Fargo's Motion for Summary Judgment and (2) Sua Sponte Granting Summary Judgment in Favor of ANICO on its Counterclaim for A Judicial Declaration that the Policy is Rescinded Based on Material Misrepresentations (the "Order");

WHEREAS, for the reasons set forth in the Order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is hereby entered in favor of defendant and counterclaimant American National Insurance Company ("ANICO") on the Insurance Trust's Complaint for declaratory relief;

2. Judgment is hereby entered in favor of the Insurance Trust on ANICO's Counterclaim for a judicial declaration that the $4,000,000 ANICO LTG universal life insurance policy number U0586714 insuring the life of Benjamin Cabal (the "Policy") is void ab initio;

3. Judgment is hereby entered in favor of ANICO on ANICO's Counterclaim for a judicial declaration that the Policy is rescinded based on material misrepresentation; and

/ / /

/ / /

/ / /

1

1    4.   ANICO is hereby ordered to return to the Insurance Trust the entire $593,868.28 in premiums paid to ANICO for the Policy, together with prejudgment interest at the California legal rate from April 20, 2009, without any offset.

Dated: September 09, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE